CSD 1162 [08/22/03]

Name, Address, Telephone No. & I.D. No.

Erin L. Laney  
PITE DUNCAN, LLP  
4375 Jutland Drive, Suite 200  
P.O. Box 17933  
San Diego, CA 92177-0933  
TELEPHONE: (858) 750-7600  
FACSIMILE: (619) 590-1385  

CA SBN 259863

Order Entered on June 07, 2010 by Clerk U.S. Bankruptcy Court Southern District of California

**UNITED STATES BANKRUPTCY COURT**  
SOUTHERN DISTRICT OF CALIFORNIA  
325 West "F" Street, San Diego, California 92101-6991

In Re  
Stephanie K. Butticci and Jim R. Arias  
Debtor.

BANKRUPTCY NO. 10-06088-PB7

The Bank of New York Mellon, fka The Bank of New York as Successor in interest to JP Morgan Chase Bank NA as Trustee for Structured Asset Mortgage Investments II Inc. Bear Stearns ALT-A Trust 2005-3, Mortgage Pass-Through Certificates, Series 2005-3

Moving Party

RS NO.   PD-1

Stephanie K. Butticci and Jim R. Arias  
Leslie T. Gladstone   Chapter 7 Trustee   et al.  
Respondent(s)

## ORDER ON NONCONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY
☑ **REAL PROPERTY**    ☐ **PERSONAL PROPERTY**

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through __2__ with exhibits, if any, for a total of __3__ pages, is granted.  Motion Docket Entry No. __15__

//  
//  
//  
//  

DATED: June 05, 2010

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Judge, United States Bankruptcy Court

Submitted by:

PITE DUNCAN, LLP  
(Firm name)

By: /s/   Erin L. Laney  (CA SBN 259863 )  
Attorney for Movant

CSD 1162

ORDER ON NON-CONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY ON REAL OR PERSONAL PROPERTY
DEBTOR: Stephanie K. Butticci and Jim R. Arias                    CASE NO: 10-06088-PB7
                                                                  RS NO.: PD-1

The Motion of ___The Bank of New York Mellon, fka The Bank of New York as Successor in interest to JP Morgan Chase Bank NA as Trustee for Structured Asset Mortgage Investments II Inc. Bear Stearns ALT-A Trust 2005-3, Mortgage Pass-Through Certificates, Series 2005-3___,

("Movant"), for relief from the automatic stay having been filed with the above-entitled court on ___May 10, 2010___, and

The Notice of Filing of a Motion for Relief from Automatic Stay (a file-stamped copy of which is attached hereto as Exhibit A OR Notice Docket Entry No. ___16___, if filed electronically), the Motion, and accompanying Declarations having been served upon the parties named below on ___May 10, 2010___, and

- ☑ Debtor *(Name)*: Stephanie K. Butticci and Jim R. Arias
- ☑ Debtor's Attorney *(Name)*: David G. Weil
- ☑ Trustee *(Name)*: Leslie T. Gladstone
- ☑ United States Trustee (in Chapter 11 & 12 cases), and
- ☑ Others, if any *(Name)*: Lienholder
       Indymac Bank

No objection or Request for Hearing having been filed by or on behalf of the Debtor, IT IS HEREBY ORDERED as follows:

The automatic stay pursuant to 11 U.S.C. Section 362 is hereby terminated for all purposes as to Movant in connection with the estate's and the debtor's interest in

1. ☑ The following real property:

    a. Street address of the property including county and state:
       1773 Clefa Drive, Reno, Nevada 89509

    b. Legal description is ☐ attached as Exhibit B or ☑ described below:
       SEE LEGAL DESCRIPTION ATTACHED HERETO AS EXHIBIT A AND MADE A PART HEREOF

2. ☐ The following personal property as described ☐ below or ☐ in Exhibit B attached:

   IT IS FURTHER ORDERED that *(Optional)*:

_ The 14 day stay provided by Bankruptcy Rule 4001 (a)(3) is waived; This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of United States Code; Movant may offer and provide Debtor with information regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtor's personal liability is discharged in this bankruptcy case; This Order shall be binding as to The Bank of New York Mellon, fka The Bank of New York as Successor in interest to JP Morgan Chase Bank NA as Trustee for Structured Asset Mortgage Investments II Inc. Bear Stearns ALT-A Trust 2005-3, Mortgage Pass-Through Certificates, Series 2005-3.

CSD 1162

*Signed by Judge Peter W. Bowie June 05,2010*



3134513
11/29/2004
20 of 20

## LEGAL DESCRIPTION

The land referred to herein is situated in the State of Nevada, County of Washoe, described as follows:

PARCEL 1:

Situate in the Southwest 1/4 of Section 15, Township 19 North, Range 19 East, M.D.B.&M., being more particularly described as follows:

COMMENCING at the Northeast corner of the Southwest 1/4 of the Southwest 1/4 of said Section 15, as shown on Record of Survey Map, filed as No. 197893; thence South 78°06' West 979.84 feet; thence South 51°25' West, 162.00 feet to the place of beginning for this description; thence South 51°25' West, 65.0 feet; thence South 89°18' West, to the Lake Ditch; thence along the Lake Ditch North 1°13' East, 208.79 feet; thence South 76°27' East 35.0 feet; thence South 26°28'30" East, 177.79 feet to the place of beginning.

PARCEL 2:

A 14 foot roadway as shown on the map of TENGANA VIEW SUBDIVISION, filed in the office of the County Recorder of Washoe County, State of Nevada, on October 4, 1955, under File No. 251567.

PARCEL 3:

An easement for vehicular and pedestrian ingress and egress and construction and maintenance of utility purposes as set forth in an instrument recorded March 3, 2000 as Document No. 2432133, Official Records.

APN: 010-430-02

Document Number 2365355 is provided pursuant to the requirements of NRS 111.312

*Signed by Judge Peter W. Bowie June 05,2010*